**FILED**

JAN 0 8 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>2006 White Nissan 4 door sedan, California license plate number 8666Y-DP, VIN 3N1CB51D66L484793 | CASE NO. 2:14-SW-0490 EFB<br><br>[~~PROPOSED~~] ORDER UNSEALING APPLICATION AND SEARCH WARRANT |

The government's request to unseal the application and search warrant in the above case is **GRANTED.**

**SO ORDERED.**

DATED: 1/8/15

_____
HON. DALE A. DROZD
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application

1